

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,686 & AP-76,687

### EX PARTE AHMAD RASHEED, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 06-1-22,216-D & 06-1-22,217-D IN THE 377TH DISTRICT COURT FROM VICTORIA COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and deadly conduct and sentenced to forty-five and ten years' imprisonment, respectively. The Thirteenth Court of Appeals affirmed his convictions. *Rasheed v. State*, Nos. 13-07-00456-CR & 13-07-00457-CR (Tex. App.–Corpus Christi-Edinburg Dec. 30, 2008, no pet.).

In his second ground, Applicant contends that appellate counsel rendered ineffective assistance because he failed to timely notify Applicant that his convictions had been affirmed. The

trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his convictions had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file out-of-time petitions for discretionary review of the judgments of the Thirteenth Court of Appeals in case numbers 13-07-00456-CR and 13-07-00457-CR that affirmed his convictions in cause numbers 06-1-22,216-D & 06-1-22,217-D from the 377th District Court of Victoria County. Applicant shall file his petitions for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Applicant's remaining claim is dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: November 9, 2011
Do not publish